# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>SPARKS, JOHN E. | 2. Court or Organization<br><br>COURT OF APPEALS ARMED FORCES | 3. Date of Report<br><br>06/28/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ASSOCIATE JUDGE | 5a. Report Type (check appropriate type)<br>☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>450 E ST., NW<br>WASHINGTON, DC 20442 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Appellate Judges Executive Committee for the Appellate Judges Conference of the ABA |
| 2. | Member | Board of Directors, Appellate Judges Education Institute |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, JOHN E. | 06/28/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Appellate Judges Conference | Aug 2 - Aug 5 2018 | Chicago, IL | Executive Board Committee meeting | Defrayed cost of lodging |
| 2. | Appellate Judges Education Institute | Nov 8 - Nov 11 | Atlanta, GA | Board of Directors meeting | Defrayed the cost of lodging. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, JOHN E. | 06/28/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NAVIENT | STUDENT LOAN | J |
| 2. | FIRST COMMAND BANK | CONSOLODATION LOAN SECURED BY PLEDGED MUTUAL FUND SHARES | J |
| 3. | AAA VISA | CREDIT | J |
| 4. | NAVY FEDERAL FLAGSHIP VISA | CREDIT | J |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INHERITED UNDIVIDED INTEREST IN FARM PROP., WORTH COUNTY, GA | A | Rent | M | W | | | | | |
| 2. RENTAL PROP., ONSLOW COUNTY, JACKSONVILLE, NC | D | Rent | M | Q | | | | | |
| 3. INVESCO SUMMIT FUND CLASS P | A | Dividend | K | T | | | | | |
| 4. NAVY FEDERAL CREDIT UNION (ACCOUNTS) | A | Interest | K | T | | | | | |
| 5. OLD LINE WHOLE LIFE INS | A | Interest | J | T | | | | | |
| 6. LIBERTY NATIONAL WHOLE LIFE INS | A | Interest | K | T | | | | | |
| 7. GENERAL AMERICAN UNIVERSAL LIFE | B | Interest | K | T | | | | | |
| 8. FIRST COMMAND BANK ROTH IRA (managed asset portfolio) | | | | | | | | | |
| 9. --AIM SH TERM GOV & AGENCY RESRV | A | Dividend | J | T | | | | | |
| 10. --AMG YACKTMAN FUND SERVICE CLASS | A | Dividend | J | T | | | | | |
| 11. --INVESCO INTERNATIONAL GROWTH FUND CLASS Y | A | Dividend | J | T | | | | | |
| 12. --FPA CRESCENT PORTFOLIO | A | Dividend | J | T | | | | | |
| 13. --FIDELITY ADVISOR MID CAP II FUND CLASS I | A | Dividend | J | T | | | | | |
| 14. --FIDELITY SPARTAN 500 INDEX FUND INVESTOR CLASS | A | Dividend | J | T | | | | | |
| 15. --FIDELITY ADVISOR NEW INSIGHTS FUND CLASS | A | Dividend | J | T | | | | | |
| 16. --THE OAKMARK INTERNATIONAL SMALL CAP FUND | A | Dividend | J | T | | | | | |
| 17. --IVY ASSET STRATEGY FUND CLASS I | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, JOHN E. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --LOOMIS SALES BOND FUND INSTL | A | Dividend | J | T | | | | | |
| 19. --MAINSTAY MARKETFIELD FUND CLASS I | A | Dividend | J | T | | | | | |
| 20. --METROPOLITAN WEST TOTAL RETURN FUND CLASS I | A | Dividend | J | T | | | | | |
| 21. --FRANKLIN MUTUAL GLOBAL DISCOVERY FUND CLASS Z | A | Dividend | J | T | | | | | |
| 22. --PIMCO TOTAL RETURN FUND CLASS P | A | Dividend | J | T | | | | | |
| 23. --PRINCIPAL DIVERSIFIED REAL ASSET FUND CLASS P | A | Dividend | J | T | | | | | |
| 24. --ROYCE TOTAL RETURN FUND INVESTMENT CLASS | A | Dividend | J | T | | | | | |
| 25. --SCOUT UNCONSTRAINED BOND FUND CLASS I | A | Dividend | J | T | | | | | |
| 26. --TEMPLETON GLOBAL BOND FUND ADVISOR CLASS | A | Dividend | J | T | | | | | |
| 27. FIST COMMAND BANK TRAD IRA (see Part VIII) | | | | | | | | | |
| 28. --AIM SH TERM GOV & AGENCY RESRV | A | Dividend | J | T | | | | | |
| 29. --AMG YACKTMAN FUND SERVICE CLASS | A | Dividend | J | T | | | | | |
| 30. --INVESCO INTERNATIONAL GROWTH FUND CLASS Y | A | Dividend | J | T | | | | | |
| 31. --FPA CRESCENT PORTFOLIO | A | Dividend | J | T | | | | | |
| 32. --FIDELITY ADVISOR MID CAP II FUND CLASS I | A | Dividend | J | T | | | | | |
| 33. --FIDELITY SPARTAN 500 INDEX FUND INVESTOR CLASS | A | Dividend | J | T | | | | | |
| 34. --FIDELITY ADVISOR NEW INSIGHTS FUND CLASS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, JOHN E. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --THE OAKMARK INTERNATIONAL SMALL CAP FUND | A | Dividend | J | T | | | | | |
| 36. --IVY ASSET STRATEGY FUND CLASS I | A | Dividend | J | T | | | | | |
| 37. --LOOMIS SALES BOND FUND INSTL | A | Dividend | J | T | | | | | |
| 38. --MAINSTAY MARKETFIELD FUND CLASS I | A | Dividend | J | T | | | | | |
| 39. --METROPOLITAN WEST TOTAL RETURN FUND CLASS I | A | Dividend | J | T | | | | | |
| 40. --FRANKLIN MUTUAL GLOBAL DISCOVERY FUND CLASS Z | A | Dividend | J | T | | | | | |
| 41. --PIMCO TOTAL RETURN FUND CLASS P | A | Dividend | J | T | | | | | |
| 42. --PRINCIPAL DIVERSIFIED REAL ASSET FUND CLASS P | A | Dividend | J | T | | | | | |
| 43. --ROYCE TOTAL RETURN FUND INVESTMENT CLASS | A | Dividend | J | T | | | | | |
| 44. --SCOUT UNCONSTRAINED BOND FUND CLASS I | A | Dividend | J | T | | | | | |
| 45. --TEMPLETON GLOBAL BOND FUND ADVISOR CLASS | A | Dividend | J | T | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, JOHN E. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, JOHN E. | 06/28/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII

2C. VALUE METHOD-- YEARLY COUNTY APPRAISAL

-- I DO NOT CONTROLL ASSET SELECTION IN THE IRAs LISTED UNDER LINES 8 AND 27. ASSET SELECTION IN CONTROLLED BY FIRST COMMAND FINANCIAL PLANNING , ASSET MANAGEMENT SOLUTIONS.

-- CONSISTENT WITH THE FEB 2015 CHANGES TO THE FINANCIAL DISCLOSURE RULES, I HHAVE LISTED THE MUTUAL FUND HOLDINGS FOR BOTH IRAs. BOTH CONTAIN THE SAME HOLDINGS WITH THE SAME VALUES.

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, JOHN E. | 06/28/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **JOHN E. SPARKS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544